LILLIAN E. HILLMEYER, Appellant, v. EDWARD J. HILLMEYER, Respondent.— Order denying plaintiff's motion to refer defendant's motion to open his default, granting the motion to open the default, and vacating the inquest and the judgment affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

ELMER W. HOWELL and Others, Copartners, Doing Business under the Firm Name and Style of E. W. HOWELL COMPANY, Respondents, v. ROBERT BRANIGAN, as President of Bricklayers, Masons and Plasterers International Union, Local No. 41, Appellant.*— Judgment reversed on the law and the facts, with costs, and the complaint dismissed, with costs. Appeal from the order amending the complaint dismissed. There is no proof in this case that the defendant intimidated or threatened to intimidate the union masons and bricklayers upon the construction work involved in this action or upon any future work contemplated by the plaintiffs. To the contrary, the proof is that both jobs were practically completed at the time of the trial by members of the defendant association with its consent, clearly establishing that the defendant did not commit, attempt or threaten to commit the unlawful acts enumerated in the judgment and from the commission of which it is enjoined. The judgment cannot be justified upon the theory that the defendant is not harmed by the prohibition of unlawful acts not committed but only claimed to be possible of commission. (*Exchange Bakery & Restaurant, Inc.,* v. *Rifkin,* 245 N. Y. 260.) Findings of fact and conclusions of law inconsistent with this determination are reversed and new findings will be made. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur. Settle order on notice.

HUMPHREY J. LYNCH, as Trustee, Respondent, v. FLORENCE H. WENCK, Appellant, Impleaded with ERNEST E. WENCK and WESTCO REALTIES, INC., Defendants, and JOHN F. MAHLSTEDT, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

BIRDSALL T. MANNING, Appellant, v. CLARENCE A. RUNDALL, Respondent.— Order denying plaintiff's motion for examination of defendant before trial and granting defendant's motion to try an issue separately affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.